UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62558-CIV-DIMITROULEAS

THE FLORIDA STRAWBERRY
FESTIVAL, INC. a Florida corporation,

    Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice [DE 19], filed herein on August 1, 2014.  The Court has considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Stipulation [DE 19] is **APPROVED**;

2.    The above styled action is hereby **DISMISSED WITHOUT PREJUDICE**;

3.    The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of August, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record